# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 98-3347

_____

| | | |
|---|---|---|
| Harry B. Sisco, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | Appeal from the United States |
| John Ault; John L. Duffy; Michael | * | District Court for the |
| Lambert; Michael L. Fulwider, sued | * | Northern District of Iowa. |
| as Mike Fulweiber; State of Iowa; | * | |
| Michael R. Shirley, sued as C/O | * | **[UNPUBLISHED]** |
| Shirley; Iowa Department of | * | |
| Corrections, Anamosa Ref. Med. Serv. | * | |
| Admin. Medical Staff, sued as | * | |
| Anamosa State Penitentiary Health | * | |
| Services, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: December 1, 1998
Filed: December 8, 1998

_____

Before FAGG, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Iowa inmate Harry B. Sisco appeals from the district court's[1] orders dismissing his action under 28 U.S.C. § 1915A, and denying his motion for reconsideration. After careful review of the record, we conclude briefing would serve no useful purpose and affirm for the reasons stated by the district court. See 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The HONORABLE MICHAEL J. MELLOY, Chief Judge, United States District Court for the Northern District of Iowa.